UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO.: CR 212-2 |
| v. | * |
| | * |
| NATALIE A. ANDERSON, | * |
| Defendant. | * |

## **ORDER**

Upon consideration of the Motion for Leave of Absence by attorney RONALD E.

HARRISON II for the dates of September 26-29, 2014; November 10-14, 2014; December 12-

15, 2014 and December 29-January 5, 2015, the same is hereby GRANTED.

SO ORDERED, this _2nd_ day of _September_, 2014.

MAGISTRATE Judge, United States District Court
Southern District of Georgia